IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| JOHNNA JOWANNA MIMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 124-167 |
| | ) | |
| US DEPARTMENT OF HEALTH & HUMAN SVCS; OFFICE OF GOV'T INFORMATION SVCS; ARIANNE PERKINS; RUHMA SUFIAN; and PAULA FORMOSO, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed.  Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Defendants Office of Government Information Services, Ruhma Sufian, Arianne Perkins, and Paula Formoso for failure to state a claim against these Defendants.  The case shall proceed against Defendant U.S. Department of Health and Human Services as described in the Magistrate Judge's October 23, 2024 Order.  (Doc. no. 7.)

SO ORDERED this _18th_ day of November, 2024, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA